176 So. 473

### Lena WILLIAMS v. STATE.

8 Div. 822.

Supreme Court of Alabama.

Oct. 14, 1937.

Fred S. Parnell, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

Petition of Lena Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Williams v. State, 27 Ala.App. 548, 176 So. 472.

Writ denied.

ANDERSON, C. J., and GARDNER and THOMAS, JJ., concur.